Samuel Rothblum, appellant, v. Arthur Alvin Gelatt and Mrs. Arthur Alvin Gelatt, appellees. Gen. No. 38,290.

641

 Opinion filed December 16, 1935.

R. E. Rothblum, for appellant. Ross, Berchem & Hanson, for appellees; Donald N. Berchem, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.